March 12, 2010

Mr. Kristofer S. Monson
Assistant Solicitor General
P.O. Box 12548(MC 059)
Austin, TX 78711-2548
Ms. Judy Caton
Reconveyance Services Inc.
14090 Fryelands Blvd. S.E., Ste. 200
Monroe, WA 98272

RE: Case Number: 07-0786
 Court of Appeals Number: 03-06-00313-CV
 Trial Court Number: GN 600034

Style: TEXAS DEPARTMENT OF INSURANCE
 v.
 RECONVEYANCE SERVICES, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued a per curiam opinion and
enclosed judgment in the above-referenced cause. You may obtain a copy of
the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Mr. Ron Beal |
| |Ms. Amalia Rodriguez |
| |Mendoza |